UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| ERIN MURPHY | * | CIVIL ACTION NO.: 17-1576 |
| | * | |
| Plaintiff, | * | JUDGE: S. Maurice Hicks, Jr. |
| | * | |
| VERSUS | * | MAG. JUDGE: Hornsby |
| | * | |
| LANCE GENELIUS-MARCISSE, | * | |
| and NEW PRIME, INC. | * | |
| Defendants. | * | **JURY TRIAL** |
| | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the above and foregoing Joint Motion for Dismissal with prejudice;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff, Erin Murphy, in the above entitled and numbered cause against Defendants, Lance Genelius-Marcisse and New Prime, Inc., be and the same are dismissed, with prejudice, each party bearing her/their own costs.

Shreveport, Louisiana this __12__ day of ____Feb.____, 2018.



JUDGE